UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

**FILED - GR**
July 21, 2020 11:28 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: tb    SCANNED BY: ___ 7/21/20

BRIAN KEITH SCHWAB #1814167

753 Ball ave NE

GRAND RAPIDS MI 49503

(Enter above the full names of all plaintiffs, including prisoner number, in this action.)

v.

Kent County Parole Director, Dave Hasfelt, Derick
Bradford, MS. Freeman, mitchell arrends, Todd Bailey
Travis Rosema

(Enter above the full name of the defendant or defendants in this action.)

**1:20-cv-669**

Janet T. Neff - U.S. District Judge
Phillip J. Green - U.S. Magistrate Judge

<u>COMPLAINT</u>

<span style="color:red">The scanned version of this document represents an exact copy of the original as submitted to the Clerk's Office. The original has not been retained.</span>

I.    **Previous Lawsuits**

**CAUTION: The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in this and other federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $400.00 filing fee regardless of whether your complaint is dismissed.**

A.    Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?    Yes ☒ No ☐

B.    If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1.    Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

U.S. Dist Court Western Michigan Southern Division

2.    Is the action still pending?    Yes ☒ No ☐

a.    If your answer was no, state precisely how the action was resolved: _____

_____

3.    Did you appeal the decision?    Yes ☐ No ☒

4.    Is the appeal still pending?    Yes ☐ No ☒

a.    If not pending, what was the decision on appeal? _____

_____

5.    Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit?    Yes ☐ No ☒

If so, explain: _____

_____

II.    **Place of Present Confinement** 753 Ball ave NE Grand Rapids MI 49503

If the place of present confinement is not the place you were confined when the occurrence that is subject of instant lawsuit arose, also list the place you were confined:

_____

-1-

III. **Parties**

A.  Plaintiff(s)

Place your name in the first blank and your present address in the second blank.  Provide the same information for any additional plaintiffs.  Attach extra sheets as necessary.

Name of Plaintiff    Brian Keith Schwab

Address    703 Ball ave NE Grand Rapids MI 49503

B.  Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity.  If there are more than four defendants, provide the same information for each additional defendant.  Attach extra sheets as necessary.

Name of Defendant #1    Kent County Parole Director / manager

Position or Title    N/A

Place of Employment    Kent County Parole

Address    One Division Ave NW Grand Rapids MI 49503

Official and/or personal capacity?    Personal

Name of Defendant #2    Dave Mosfeth

Position or Title    Agent

Place of Employment    Kent County parole

Address    One Division Ave NW Grand Rapids MI 49503

Official and/or personal capacity?    Personal

Name of Defendant #3    Derick Bradford

Position or Title    Agent

Place of Employment    Kent County Parole

Address    One Division Ave NW Grand Rapids MI 49503

Official and/or personal capacity?    Personal

Name of Defendant #4    Jamsie Freeman

Position or Title    Supervisor

Place of Employment    Kent County parole

Address    One Division Ave NW Grand Rapids MI 49503

Official and/or personal capacity?    Personal

Name of Defendant #5    mitchell Arrends

Position or Title    Agent

Place of Employment    Kent County parole

Address    One Division Ave NW Grand Rapids MI 49503

Official and/or personal capacity?    Personal

-2-

| 6 | Name of Defendant #6 | Todd Bailey |
|---|---|---|
| | Position or title | supervisor |
| | Place of Employment | Kent County Parole |
| | Address | 1 Division Ave NW Grand Rapids MI 49503 |
| | Capacity | Personal |

| 7 | Name of Defendant #7 | Travis Rosema |
|---|---|---|
| | Position or title | Parole Agent |
| | Place of Employment | Muskegon Parole |
| | Address | 925 E. Barney, Muskegon, MI |
| | Capacity | Personal |

## A. INTRODUCTION

1. Comes, now Brian Keith Schwab, plaintiff pro se, who presents the following Civil Rights Complaint and claim for compensatory relief as follows.

2. Trial by Jury demanded

3. This action places before the Court a lawsuit involving the County of Kent, several Kent County parole agents, and Agent Travis Rasema from Muskegon parole.

4. The complaint alleges multiple constitutional and tort violations such as Cruel and unusual punishment, denial of due process, denial of adequate medical referals, loss/damage to property, tresspass, discrimination, denial of equal protection, etc.


## B. JURISDICTION & VENUE

1. This is a civil action authorized by Title 42 U.S.C. Sec. 1983 to redress the deprivation, under Color of state law of rights secured by the Constitution of the united states. The Court has Jurisdiction under Title 28 U.S.C. Sec 1331 and 1343(a)(3)

2. The Court has supplemental Jurisdiction over the plaintiffs state law tort claims under title 28 U.S.C. sec. 1367

3 | The Western District of Michigan is an appropriate
venue under title 28 U.S.C. sec. 1391(b)(2) because
it is where the events giving rise to this claim occured

## C. NOTES TO FACTS

1 | Defendant #1 - facts  1-54
2 | Defendant #2 - facts  1-54
3 | Defendant #3 - facts  1-54
4 | Defendant #4 - facts  1-54
5 | Defendant #5 - facts  1-54
6 | Defendant #6 - facts  1-54
7 | Defendant #7 - facts  1-54

### IV. Statement of Claim

State here the **facts** of your case.  Describe how each defendant is personally  involved.  Include als o the names of other persons involved, dates and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a num ber of related claims, number and set forth each claim  in a separate para graph.  Use as m uch space as you need.  Atta ch extra sheets if necessary.

See Attached

(Last Revised: June 2013)

# FACTS

1. Kent County parole agents Dave Hasfelt, Derick Bradford, supervisor Janello Freeman, Mitchelle Arrends, supervisor Todd Bailey, and Muskegon parole agent Travis Rosema are guilty of the following causing plaintiff and his property injury.

2. The above listed Agents/defendants have been continuously non stop violating plaintiffs rights since 2013 and discriminating against plaintiff because of his listed sex offense.

3. The above listed defendants are guilty of discrimination and causing plaintiff punishment in multiple forms causing injury such as;

"Corporal punishment" by infliting physical punishment in plaintiffs body by denying needed medications also to include the torterouse lockdown to his home and physical imprisonment with no Justification.

"Cruel & unusual punishment" by causing punishment that is torterous, degrading, inhumane etc such as locking plaintiff to his home with no chance to have visiters, contact with support network, nothing but four walls knowing plaintiff has mental health and ADHD needs. Also denying plaintiffs right to life and liberty as well as causing plaintiff to become the victim of physical, emotional, mental and sexual abuse in prison, and in society.

"Cumulative punishment" by constantly useing the sex conviction to repeatedly punish plaintiff by rearranging him

Constantly and denying Plaintiff his Constitutional rights to life, liberty, and the persuit of happiness.

"Detterent punishment" by Constantly sending Plaintiff to lock up as an example to others and to deter Plaintiff from Committing Crime when he Committed no Crime.

"Double punishment" by inflicting multiple forms of punishment for his sex Conviction when he'd already did his sentence and earned Release.

"Excessive punishment" by inflicting severe punishment that Prohibits Plaintiff from living Comfortable and with rights gauranteed by the U.S. Const. Such as sending Plaintiff back to lock up for things that should of been treated by mental Health Counseling not prison. Every little mistake they would reccomend Return to prison instead of helping me learn to live in society

"preventive punishment" by intending to prevent a repitition of wrong doing by disabling Plaintiff when they Restrict him from living a normal life with family support.

"Reformative punishment" by trying to change Plaintiffs Character when he did nothing to Cause the force of change.

"Retributive punishment" by trying to satisfy the Community instead of doing whats right as well as Restricting Plaintiff from living life in the Community.

4    Defendants are guilty of Causing severe mental, physical and emotional abuse Causing Plaintiff injury by the Constant physical imprisonment to his home and/or institutions, loss of family when they denied me to take Custody of My kids from the foster Care system, loss of freedom etc.

5.    Defendants are guilty of Causing plaintiff to undergo severe emotional distress Causing injury by Causing highly unpleasant anguish, grief, fright, and humiliation also Causing mental distress with their discrimination, verbal attacks, degrading Comments and Continious threats of being sent back to prison.

6.    Defendants are guilty of Causing Plaintiff duress by Physically Confining him to his home and institutions and destroying his free agency and will for unJustificble reasons.

7.    Defendants are guilty of Causing plaintiff severe Pain and suffering by the unJustifiable physical imprisonment, loss of family and loved ones, loss of plaintiffs Kids, loss of everything he earned, loss of Chronic pain Care and treatment, abuse in multiple forms by others etc.

8.    Defendants are guilty of Causing plaintiff loss of wages that he could of had from working to provide for himself Causing plaintiff injury by their restriction of when and where plaintiff worked.

9.    Defendants Caused plaintiff to suffer severe mental pain from not being able to say goodbye to his father and attend the funeral as well as other family members. That is something that he Can never get back All because of minor rule violations being met with Excessive punishment of incarceration instead of appropriate Sanctions.

10.    Defendants are guilty of Causing plaintiff to loose time with his Children and the right to raise them when they where taken and

adopted because of defendants Refusing him the right to have
Custody of his children and Constantly locking him up for minor
things instead of getting help he needed to Cope, Causing injury

11. Defendants are guilty of Causing plaintiff to loose positive
reputation with family, society, and friends, Causing the loss
of family, friends, and professional relationships due to the
defendants slander, libel, discrimination, and Constant Confining
of plaintiff Causing injury.

12. Defendants are guilty of Causing Plaintiff to suffer banishment
from over 50% of his hometown area due to restrictions

13. Defendants are guilty of Causing Plaintiff the loss of his Civil
and Constitutional rights Such as the right to travel, right to live
and work where he chooses, right to happiness, right to own and
use a Computer, etc.

14. Defendants are guilty of Causing Plaintiff to suffer manifest
hardship severely by having almost the impossability to
find housing and employment due to harsh stipulations and
requirements Causing injury.

15. Defendants are guilty of Causing Plaintiff to suffer discrimination
by family, the law, society, Prisoners, Courts, etc due to
defendants wrongful accusations and Confinement Causing
injury.

16.  Defendants are guilty of causing plaintiff to suffer physical assault by members of society, fellow inmates, prison officers, etc. plaintiff has suffered sexual assault by others, suffered multiple thefts of property etc causing plaintiff fear for his safety and his property causing injury.

17.  Defendants are guilty of violating plaintiff's privacy causing injury and a violation of plaintiffs constitutional rights which is plaintiffs right to have, by the state registry, police searches randomly, wearing an electronic monitoring device, Drug & Alcohol testing, search of plaintiffs phones, computers, home etc.

18.  Defendants are guilty of causing plaintiff to not be there to take care of his kids or protect them causing plaintiffs daughter to be sexually molested at five years old by the baby sitter and all plaintiffs kids and plaintiff went through severe emotional disturbances due to the constant confinement and stigma placed on plaintiff and his family.

19.  Defendants are guilty of causing plaintiff to suffer homelessness multiple times due to defendants denying plaintiffs places to live all out of prejudice and discrimination causing injury.

20.  Defendants are guilty of causing plaintiff financial debt by not letting plaintiff work to pay thousands of dollars in fees for the state caring for his kids, fees for attorneys, court cost, OVR fees, as well as $92.00 a week for each of the two tethers they had him on for no reason and supervision fees.

21    Defendants are guilty of Causing plaintiff to become victim to
such things as; employment discrimination, defamation of Character,
unconstitutional retro active laws, loss of enjoyment, harrassment,
the infliction of emotional distress, prosecutorial misconduct, Personal
liberty loss, Malice, legal malpractice, misrepresentation, undue
Prejudice, key damages, slander, exile, exploitation, expulsion,
extortion, false imprisonment, loss of association, loss of freedom of
Choice, loss of freedom of Movement, Consequential damages, Continueing
damages, etc Causing plaintiff injury

22    Defendants are guilty of the following Causing injury; Corrupt Conduct,
unprofessional Conduct, unreasonably dangerous Conduct, wrongful
Conduct, Breach of duty, Breach of duty of Care, defamation of
Character, dereliction of duty, Violation of duty to obey the law,
violation of legal duty, violation of moral duty, violation of duty to
disclose, Violation of duty to inform etc.

23    Defendants are guilty of wrong Causing plaintiff injury such as;

"wrong" Breach of their legal duty to see that plaintiff rights where not
violated and that he had what he needed to succeed,
"Civil wrong" Breach of statutory duty and defect in performing Public duty
"Continuous wrong" By allowing things to Continue under a wrongful
Conviction and discrimination.
"legal wrong" By violating plaintiffs due process and Court rules.
"moral wrong" by Committing wrongs Contrary to the rules of natural
Justice.

"Personal wrong" by violating plaintiffs personal rights

"Transitory wrong" by committing wrongs that never committed belong to the past.

24. Defendants are guilty of inflicting torture on plaintiff causing injury by causing intense mental pain and anguish to punish plaintiff for their sadistic pleasure as well as guilty of torturous conduct by their intentional acts, unlawful conduct etc such as restricting plaintiff from taking prescribed medications because theyre narcotics by stereotyping plaintiff, denying plaintiff from seeking romantic relationships with whom he chooses, discrimination based on his conviction as a sex offender treating him different then other parolees with degrading behavior.

5 Defendants are guilty of violating plaintiffs constitutional freedom, constitutional guarantee, and constitutional rights causing injury such as denying him his 1st amendment right to free speech through the internet when in society now days the internet is a part of the norm and needed., the right to pursue happiness, the right to be involved in family life. etc

6. Defendants are guilty and in direct violation of plaintiffs rights such as;

"Absolute Right" by violating and restricting plaintiffs rights that belong to every human such as the right to raise children, persue romantic relationships, right to pursue happiness, right to participate in society norms, etc

"Aquired Rights" by violating Plaintiffs rights that he doesnt naturally enjoy but instead is procured such as the right to own and use a Computer which is a necessity in todays society.

"Enumerated Right" by violating Plaintiffs rights written in the Constitutional statutes such as the 4th and 1st Amendments.

"Exclusive Rights" by violating Plaintiffs rights vested in him to do something or be protected from something such as his right to have his life secured in his privacy from undue and unreasonable intrusions into the privacy sector of his life. The defendants are there to make sure plaintiff abides the law not to exile him from society's norms of life.

"Incorporated Rights" by violating Plaintiffs rights that are stated to be Part of the text of the Constitution and/or legal document such as the requirement for a search warrent based on probable Cause and equal protection, and due process protections etc.

"Incorporeal Rights" by violating Plaintiffs rights to intangable rather then tangable property.

"Individual Rights" By violating Plaintiffs personal Rights such as his right to take treatment and medication for his medical issues.

"Legal Rights" by violating Plaintiffs rights that are created and/or recognized by law such as his right to due Process or his right to be free from undue governmental interferance.

"Natural Rights" by violating Plaintiffs rights that are conceived as Part of natural law Such as the right to be a parent and raise his kids.

"Nonderogable Rights" by violating Plaintiffs rights that must be fully honored such as the right of due process, a Constitutional right etc.

"Primary Rights" by violating Plaintiffs Rights Prescribed by substantive law such as the right not to be defamed or assaulted.

"Private Rights" by violating Plaintiffs rights that are personal opposed to a right of the public or state such as the right for Plaintiff to raise his kids how he sees fit.

"Public Rights" by violating Plaintiff's rights that belong not only to him but all Citizens such as the right to pursue happiness, or the right to use a Computer.

"Substantive Rights" by violating Plaintiffs rights that should be protected and enforced by law such as the right to personal privacy.

"Enumerated Rights" by violating Plaintiffs rights retained by the people but not explicitly mentioned in the Bill of Rights, such as use of a Computer, Romantic Relationships with opposite sex, etc.

"Rights of Possession" by violating Plaintiffs rights to hold, use, occupy, or otherwise enjoy a given property such as a Computer.

"Right of privacy" by violating Plaintiffs right of a person and of his property to be free from unwarranted public scrutiny or exposure such as personal information made public on the internet, jobs plaintiff applies to, or agencies he works with.

"Right of Publicity" by violating Plaintiffs right to control the use of his own name picture, or likeness and to prevent another from using it for Commercial benefit without Plaintiffs Consent.

"Right of Man" by violating Plaintiffs rights known as fundamental human rights drafted during the French Revolution

"Right to travel" by violating Plaintiffs right that is Constitutional and guaranteed by the privileges and immunities Clause to travel freely between states such as denying Plaintiff to freely leave the area/state

"Right to pursue happiness" by violating Plaintiffs Constitutional right to pursue any lawful business or activity, that might yield the highest enjoyment such as attending public events or pursuing a romantic relationship with whom plaintiff chooses

"Right of Association" by violating plaintiffs right to be around and associate with family when plaintiff chooses because they have a record.

27. Defendants are guilty of Causing plaintiff to become a victim of injury such as; bodily injury, civil injury, Continueing injury, direct injury, injury to reputation, irreparable injury, legal injury, Malicious injury, Pecuniary injury, personal injury, and serious bodily injury Causing plaintiff injury with their physical detachment to his home, mental abuse, emotional abuse, legal deprivations, etc.

28 Defendants are guilty of liability such as; Civil liability, Fraud liability, penal liability, personal liability, torterous liability etc Causing injury.

29 Defendants are guilty of trespass and the damage/loss of private personal property when they wrongfully violated and discriminated against plaintiff for being a sex offender and having mental health problems. locking him up for minor things when they clearly knew he had mental health issues that causes the need for medication and treatment, and that he should of been treated for mental health not locked away with no medical help Causing Plaintiff to undergo mental anguish and suffer the loss of the following property the first four times they sent him to Jail

* 4 dorm refridgeraturs
* Clothes
* 4 necklaces
* 2 Bracelets
* Roughly 50 music cd's
* 4 phones
* 1 mp4 player
* 3 Playstation two game systems
* Roughly 100 Playstation games
* Roughly 200 dvd's
* 4 dvd players
* 4 sets dishes
* 4 micro waves
* 4 vaccums
* 4 Brooms/mops
* 4 TIV's

* 4 Bike chains & locks
* 1 stereo
* 4 Coffee pots
* 4 Electric Burners
* 4 sets pots and pans
* 4 Ciggerrette making machines
* 4 Coolers
* Personal documents
* Pictures
* 4 Coats
* Roughly 400 dollars worth art supplies
* 4 pair shoes
* 4 pair Boots
* 4 pair Dress shoes
* 4 Fans
* 4 Bikes

30. Defendants are guilty of tresspass and damage/loss to private personal property when for the fifth time they sent him to lock up for tether violations for curfew when plaintiff worked late or worked extra shifts to pay court cost and fees, child support etc and because of mental health issues which treatment was needed not false violations / lockup Causing mental enguish, loss of the following property, Causing injury.

* Clothes
* Camcorder
* Digital Camera
* Pictures

* Roughly 15 undevelopes Cameras
* 1-5gallon Jug of silver change
* 1 Dell laptop
* various sets of Collection Basket Ball Cards

* 2 phones
* Roughly 150 dvd's
* Roughly 20 cd's
* 1 play station one system
* 1 playstation two system
* Roughly 100 playstation games
* 3 portable phone chargers
* 2 Pair Blue tooth head phones
* 2 Collectors pool sticks
* 2 Prepaid credit cards Roughly $1000.00
* 5 - $50⁰⁰ Dollartree gift cards
* Roughly 200 Bottles nail polish
* Air Brush Paint
* Dead dads Rolex watch

* 4 pair Jordan shoes
* Portable dvd player
* cd player Boom Box
* Jewelry
* watch
* 1 Bluetooth head set
* 2 blue tooth speakers
* 3 I pads
* 3 - $100⁰⁰ wallmart cards
* Air Brush kit for nails
* MP3 player
* nail salon utencils
* nail salon machines

31. Defendents are guilty of tresspass and damage/loss to private personal property for the sixth time for locking plaintiff in Jail over a rule violation due to a mental health break causing the loss of the following property.

* Clothes
* Roughly $2000.00 in wallet
* Radio
* Dishes
* Stationary
* Books
* 1 electric shaver

* Coffee pot
* Deep fryer
* Pots and pans
* Car heaters
* various tools
* paper work
* 1 set hair clippers

* 2 rechargeble Trimmers
* 1 Phone
* 2 pair shoes
* Roughly $300⁰⁰ in art supplies in mail
* Roughly 100 dvd's
* 1 Ipod
* 2 pair Bluetooth headphones
* 1 flat screen TV 54"
* Roughly $200⁰⁰ in art supplies

* legal documents
* Roughly 16,000 pictures
* 1 pair eye glasses
* 1 Dell lap top
* 2 DVD Players
* 1 Bluetooth speaker
* 1 Play station two system
* Roughly 30 playstation games
* Roughly $300⁰⁰ in playstation supplies

32. Defendants are guilty of tresspass and loss/damage to personal private property when the Current False and entrapped violations sent plaintiff to lock up when False reports where made and parole agent entrapped Plaintiff in violations Causing the loss of the following property.

* Various air Brush supplies
* 7 S.D. cards
* Various size Photo paper
* Printer paper Roughly 1½ Cases
* Resume paper Roughly 10 packs
* 2 authar Kits
* 1 dvd Burner machine
* 5-50 Count packs of Blank dvd's
* 3-50 Count packs of Blank cd's
* 1 inspirion laptop
* Bedding
* 1 air mattress
* 1 propane stove

* 1 Flat screen tv 24"
* 1 Flat screen tv 36" Dell TV/moniter
* Various phone Chargers
* 1 wireless phone charger
* 1 Home theatre system
* important documents
* 4 flash drives
* files
* Clothes
* 4 pair Jordan shoes
* 1 extendable drawing lamp
* 3 Phones
* 1 Tablet Computer

* 3 - 1 gallon tanks Propane
* 1 Coffee pot
* Dishes
* Pots & pans
* towels
* Roughly 10 pair earbuds
* 5 Blue tooth speakers
* Various pictures
* 2 dvd players
* Roughly 100 dvd's in cases
* 2 playstation two systems
* Cd resurface machine
* Roughly 150 Playstation games
* 2 Coats
* 3 - rolls 100 count mailing stamps
* Roughly $500⁰⁰ in art supplies
* 1 digital camera
* Various certificates/diplomas
* 1 mp3 player
* 1 Kureg Coffee pot
* grandmas dishes
* dead fathers Bible
* Study Bible
* Various self help Books
* 2 Roku devices
* PSP game system w/games
* 1 pair Boots
* multiple new appliance/audio cords

* 1 wallet
* last paycheck 600⁰⁰ in Cash
* 1 fathers day ring
* 4 gold rings
* 1-24K gold necklace Bracelet set
* eye glasses
* various prepaid cards with money
* Bridge Card with Roughly $700⁰⁰
* state Id
* Social security Card
* 1 watch
* 1 Blue tooth earpiece for phone
* various family packs Hygeine
* 6-2 packs of color printer ink
* 9-2 packs Black printer ink
* 5-400 count folders of dvd's +1 - 1/4 full
* 1 electric fry pan
* 1 electric griddle
* 2 electric Burners
* 1 Iron
* 2 Pair Clippers
* 1 Radio
* 1 Nintendo DS system
* 130 Nintendo DS games
* 12 pc. software programs
* 1 inspiron laptop 34"
* 1 mini dv recorder
* various nail supplies & nails

* Roughly $100⁰⁰ in legal documents
* important records on self and kids
* 3-25 foot gold plated HDMI cords
* Dads Death records
* 1 utrasound deceased daughter
* 3 Picture cd's

* 2 plug & plays
* 1 XBox 360 game system
* Roughly 40 x Box games
* 1 photo printer/scanner/copper

33.   Defendents are guilty of causing plaintiff injury to his inalienable rights that cant be transfered or surrendered

34.   Defendents are guilty of violating plaintiffs autonomy privacy by denying him his right to control his personal activities and intimate personal decisions without outside interfearance, observation or intrusion causing plaintiff injury

35.   Defendents are guilty of violating plaintiffs informational privacy by denying him his rights to choose to determine whether, how, and to what extent information about himself is communicated to others especially sensitive and confidential information causing injury such as being denied employment, denied services, discriminated against etc.

36.   Defendents are guilty of violating plaintiffs personal privacy by the disclosure of confidential and private information on matters relating to plaintiffs person

37. Defendants are guilty of slandering plaintiff inflicting injury causing special damages to plaintiffs reputation such as telling people plaintiff is a danger to children when its been psychologically and forensically proven otherwise.

38. Defendants are guilty of libel causing injury by their defamatory statements that are designed to expose plaintiff to hatred and ridicule by the public causing injury such as telling everyone plaintiff is a danger to women and children or such as telling places of employment that plaintiff is a dangerous sex offender when its been proven he poses no risk and all thats required is to inform them he's on parole.

39. Defendants are guilty of libel per se causing plaintiff injury with libel that is defamatory on its face, such as the statement "Brian is a dangerous sex offender" or telling women plaintiff chooses to pursue a relationship with that plaintiff is a sex offender.

40. Defendants are guilty of violating plaintiffs Fourth Amendment right to privacy by illegally searching plaintiff's home and cellular phone and computer without a warrant when they knew plaintiff revoked all prior consent to random searches of himself and his property. Also when they turned over his phone and computer to the michigan state police computer crime unit for a data extraction Also when they just barged into his home once door was answered without permission.

41. Defendants are guilty of all injuries by themselves and/or anybody representing them or working for them and therefore they are personally liable for Plaintiffs injuries and trespass and loss of property.

42. Defendants are guilty of violating plaintiffs right to his personal documents by denying him his request for the documents Causing Plaintiff legal injury and a violation of due process.

43. Defendants are guilty of not providing adequate referalls to Mental health treatment Causing Plaintiff to live daily with mental health and emotional injury leading defendants to unjustifiably Incarcerate Plaintiff instead of getting him refered to treatment/Counceling

44. Defendants are guilty of interfeering with doctors orders and assighned treatment for Plaintiff by denying plaintiff the right to have his Chronic Back Care treated with pain medications/muscle Relaxers

45 Defendants by their behavior and actions have Caused Plaintiff legal injury, injury to his mental health needs, injury to his physical health, injury to his medical needs etc Causing injury and instability Creating plaintiff to be unsafe to himself

46 Defendants are guilty of Causing the loss of property and denial of due process for refusing the multiple request by Plaintiff and his mother for defendents to provide Plaintiff with his necessary Paperwork, grievances, and the violation Paperwork that has plaintiff incarcerated, and the parole stipulations bearing Plaintiffs Signature Causing plaintiff legal injury.

47    Defendants are guilty of not providing the necessary medical
referalls necessary to treat plaintiffs issues instead locking
him up causing injury to plaintiffs mental health, emotional
disability, rehabilitation etc.

48    Defendants are guilty of filing false excessive violations on
Plaintiff for instance for having contact with plaintiffs children
supposedly. Causing injury to Plaintiff and loss of property when
it was impossible for plaintiff to have contact with his children
as they where adopted out and their whereabouts unknown.
This caused Plaintiff to unjustifiably be placed into a six month
sex offender program in muskegon michigan where Plaintiffs
legal, mental health, and medical needs went unmet and caused
plaintiff more pain and damage that was uncalled for.

49    Defendants are guilty of plaintiffs loss of property, discrimination
against Plaintiff, causing unecessary child protective proceedings,
stereo typing plaintiff, biased and predudicial feelings towards
plaintiff, trespassing on plaintiff and his property by Just entering
Plaintiffs apartment without permission or invitation, also for
denying plaintiff not only to get his attorneys number from
Plaintiffs phone but also ignored Plaintiff and plaintiffs mothers
request for grievences etc.

50    Defendants are guilty of filing false violations on plaintiff,
entrapping plaintiff in violations, causing loss of property, Biased
and predudicial actions towards plaintiff, Abuse of authority etc

51.    Plaintiff and his mother contacted Lansings Dep't of Corrections
to inform them of the problems with defendents and was informed
that grievences and documents must be obtained from defendents
who then still defendents refused the grievences/documents and
started ignoring messages/letters.

52.    The Director/manager/chief/or whatever title the head person
of the parole office is, is also guilty of not keeping his/her parole
agents in complience with laws, decency, policys etc. And is guilty
of enforcing policys directed at sex offenders which are inhumane,
unjustifiable, discriminating and that violate equal protection.

53    Defendents continue to violate, certain levels of privacy, rights to
due process, equal protection, constitutional rights by making/following/
enforcing rules that abolish plaintiffs constitutional rights which is
clearly within the constitution as not being allowed to be done. They
have use discrimination against plaintiff for being a convicted sex
offender, constantly harassing plaintiff by arbitrarily and unjustifiably
violating plaintiffs parole for the sole purpose of harassment and to
lock him up because they believe sex offenders dont deserve freedom.
Also they by their harassing violations that are unjustly caused
plaintiff loss of property and financial injury constantly having to
replace everything. parolees have earned their right at freedom and
privacy

54    All defendents acted under color of state law as agents of the
state of Michigan, acted with deliberate indifference, with a
culpable state of mind and negligence.

## D. LEGAL CLAIMS

1. Formerly imposed punishment is cruel & unusual if it involves the unecessary and wanton infliction of pain. (wanton means malicious or uncalled for) such as punishment. Gregg v. Georgia, 428 U.S. 153, 173, 183, — s. ct., —, — L.Ed. 2d — (1976)

2. Psychological pain can violate the eighth Amendment Perkins v. Kansas Dept of Corr. 165 F.3d 803 (10th Cir. 1999)

3. No qualified immunity for those who willingly violate the law Tellier v. fields, 280 F.3d 69 (2d Cir. 2001)

4. Parole officers held not absolutely immune when acting in an investigative capacity. Swift v. California, 384 F.3d 1184 (9th Cir. 2004)

5. Under title 42 U.S.C. Sec. 1983, 1985, and 1986 as well as Title 18 U.S.C. See 241 and 242. It states that any officer that violates plaintiff's Constitutional rights at their own peril is subjected to be sued for $10,000.00 and/or up to 10 years in prison and if death occurs life in prison.

V.  **Relief**

State briefly and precisely what you want the court to do for you.

See Attached

_7/10/2020_
**Date**

_Brian Dehull_
**Signature of Plaintiff**

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

(Last Revised: June 2013)

# E. PRAYER FOR RELIEF

WHEREFORE plaintiff Respectfully prays that the Court enter Judgement in his favor

1. Granting Plaintiff compensatory damages in the amount of $50,000.00 against each defendant, Jointly and severely

2. Plaintiff also seeks punitive damages in the amount of $50,000.00 against each defendant Jointly and severely

3. Plaintiff also seeks Jury trial

4. Plaintiff seeks recovery of cost of suit

5. That the Court order Kent County parole to bring their policies against supervision of sex offenders in line with equal protection, fairness as compared to other parolees, and to allow sex offenders to have contact with family members with minor children as family is important to a parolees success.

6. Any other Additional relief this Court deems Just, proper, and equitable.

07/13/2020
DATED

Brian Schwab

Brian Keith Schwab
703 Ball ave NE
Grand Rapids MI 49503

F.    VERIFICATION

I have read the foregoing Complaint and hereby verify that the matters alleged therein are true, except to matters alleged on information and belief, and, to those, I believe them to be true. I certify, under penalty of perjury that the foregoing is true and correct.

EXECUTED AT GRAND RAPIDS MI ON
July 13TH, 2020

Brian Schwab

BRIAN SCHWAB.
703 BALL AVE NE
GRAND RAPIDS MI 45503

This mail originates
from the
Kent County Correctional



Facility

UNITED, STATES DISTRICT COURT
399 FEDERAL BUILDING
110 MICHIGAN ST. NW
GRAND RAPIDS MI 49503